# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Securus Technologies, Inc.    v.    Global Tel*Link Corporation

No. 16-1992

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for: Securus Technologies, Inc.
                                                   Name of party

I am, or the party I represent is (select one):

☐ Petitioner     ☐ Respondent     ☐ Amicus curiae     ☐ Cross Appellant

☒ Appellant     ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

| | |
|---|---|
| Name: | Justin Kimble |
| Law Firm: | Bragalone Conroy PC |
| Address: | Chase Tower, 2200 Ross Ave., Ste. 4500W |
| City, State and Zip: | Dallas, TX 75201 |
| Telephone: | 214-785-6670 |
| Fax #: | 214-785-6680 |
| E-mail address: | jkimble@bcpc-law.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12/17/2002

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date May 18, 2016     Signature of pro se or counsel /s/ Justin B. Kimble

cc: _____

Reset Fields

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on May 18, 2016 by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
   (by email or CM/ECF)

| | |
|---|---|
| Jeffrey R. Bragalone | /s/ Jeffrey R. Bragalone |
| Name of Counsel | Signature of Counsel |

Law Firm: Bragalone Conroy PC

Address: Chase Tower, 2200 Ross Avenue, Suite 4500W

City, State, ZIP: Dallas, TX 75201

Telephone Number: 214-785-6670

FAX Number: 214-785-6680

E-mail Address: jbragalone@bcpc-law.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.