# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Securus Technologies, Inc.　　v.　　Global Tel*Link Corporation

No. 16-1992

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se　　☒ As counsel for: Securus Technologies, Inc.
　　　　　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

☐ Petitioner　　☐ Respondent　　☐ Amicus curiae　　☐ Cross Appellant

☒ Appellant　　☐ Appellee　　☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant　　☐ Respondent or appellee

| | |
|---|---|
| Name: | Terry Saad |
| Law Firm: | Bragalone Conroy PC |
| Address: | Chase Tower, 2200 Ross Ave., Ste. 4500W |
| City, State and Zip: | Dallas, TX 75201 |
| Telephone: | 214-785-6670 |
| Fax #: | 214-785-6680 |
| E-mail address: | tsaad@bcpc-law.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 08/23/2013

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes　☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date May 18, 2016　　Signature of pro se or counsel /s/ Terry A. Saad

cc: _____

Reset Fields

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on May 18, 2016 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
  (by email or CM/ECF)

| Jeffrey R. Bragalone | /s/ Jeffrey R. Bragalone |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Bragalone Conroy PC

Address: Chase Tower, 2200 Ross Avenue, Suite 4500W

City, State, ZIP: Dallas, TX 75201

Telephone Number: 214-785-6670

FAX Number: 214-785-6680

E-mail Address: jbragalone@bcpc-law.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.